# UNITED STATES COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: Michelle Moon
LAW CLERK _____
INTERPRETER:
A.M. 10:00
TOTAL COURT TIME: 16 min.

COURT REPORTER: Debbie Saenz
USPO _____

DATE HELD: October 4, 2017
CSO: Ray Urban

CR. No. 4:17-CR-167-A   DEFT NO. 01

UNITED STATES OF AMERICA

v.

JOEY KEMP
Defendant's Name

FRANK GATTO FOR
SHAWN SMITH, AUSA

MARK A. FLORES, APPOINTED
Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT/GUILTY PLEA

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ✔ Guilty Plea   Days in Trial: _____   Hearing Concluded: ✔ Yes  ☐ No

✔ Defendant SWORN.
✔ Arraignment/Guilty Plea - Held on count 1 of the 1-count Information.
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
✔ Defense waived reading of the Information.
✔ Deft enters a plea of  ☐ Not Guilty  ✔ Guilty  ☐ Nolo
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
✔ Waiver of Indictment filed.
☐ Plea Agreement accepted.                ☐ Court defers acceptance of Plea Agreement.
☐ Plea Agreement filed                    ✔ No Plea Agreement.
☐ Plea Agreement included with Factual Resume.
✔ Factual Resume filed.
✔ Defendant is adjudged guilty as to Count **1 of Information.**
✔ Sentencing set **February 16, 2018 at 9:00 a.m.**
☐ Trial set for _____ at _____ a.m./p.m.
   Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
✔ Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.  ✔ **PSI due: December 26, 2017**  ✔ Presentence Referral Form to: Mark A. Flores
☐ Defts bond ☐ set ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ forfeited
✔ Deft Custody/Detention continued.
☐ Deft ORDERED into custody.

[Stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED OCT - 4 2017 CLERK, U.S. DISTRICT COURT By_____ Deputy]

✔ OTHER PROCEEDINGS: **Govt. read the Waiver of Indictment for the record. Govt. Exhibit 1 admitted.**