# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Texas__

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| JOEY KEMP | Case Number: 4:17-CR-167-A(01) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John McBryde | Frank Gatto for Shawn Smith - AUSA | Mark A. Flores |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Arraignment/Guilty Plea 10/4/17 | Debbie Saenz | Michelle Moon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 10/4/2017 | Yes | Yes | Govt Exh. 1 - Admitted. |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 4 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages