Case 4:17-cr-00167-A   Document 41   Filed 10/04/17   Page 1 of 2   PageID 35

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 4 2017

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:17-CR-167-A |
| JOEY KEMP (01) a/k/a "Joey Two Times" | |

## FACTUAL RESUME

INFORMATION: Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

PENALTY: $1,000,000 fine - not more than 20 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 3 years.

MAXIMUM PENALTY:
$1,000,000 fine and not more than twenty (20) years imprisonment, plus a term of supervised release of not less than 3 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Information are as follows:

First:   That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information;

Second:   That the defendant knew of the unlawful purpose of the agreement;

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Fourth: That the overall scope of the conspiracy involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## STIPULATED FACTS:

Between July 2015 and January 2016, Joey Kemp, with Megan Kemp, obtained ounce quantities of methamphetamine and distributed the same to various customers. In this manner, Joey Kemp and Megan Kemp conspired with each other and others to possess methamphetamine with intent to distribute.

SIGNED this _12_ day of _Sept_, 2017.

_____
JOEY KEMP
Defendant

_____
MARK FLORES
Counsel for Defendant